B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Hearthside Homebuilders, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**04-3591997** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**363 North Harlem Ave.**<br>**Peotone, IL**<br>ZIP Code **60468** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Hearthside Homebuilders, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
*(Check any applicable box)*

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
*(Check all applicable boxes)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Hearthside Homebuilders, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Thomas W. Toolis**
Signature of Attorney for Debtor(s)

**Thomas W. Toolis 6270743**
Printed Name of Attorney for Debtor(s)

**Jahnke, Sullivan & Toolis, LLC**
Firm Name

**10075 West Lincoln Highway**
**Frankfort, IL 60423**

Address

**Email: twt@jtlawllc.com**
**708-349-9333  Fax: 708-349-8333**
Telephone Number

**October  1, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Terry Kunes**
Signature of Authorized Individual

**Terry Kunes**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  1, 2013**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Hearthside Homebuilders, Inc.**  Case No.
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **AC DRYWALL & TAPING**<br>**150 Youngs Avenue**<br>**Joliet, IL 60432** | **AC DRYWALL & TAPING**<br>**150 Youngs Avenue**<br>**Joliet, IL 60432** | | | **24,960.00** |
| **BAILEYS CARPET ONE**<br>**692 Theodore Street**<br>**Joliet, IL 60435** | **BAILEYS CARPET ONE**<br>**692 Theodore Street**<br>**Joliet, IL 60435** | | | **46,672.95** |
| **Bayview Loan Servicing, LLC**<br>**62518 Collection Center Drive**<br>**Chicago, IL 60693-0625** | **Bayview Loan Servicing, LLC**<br>**62518 Collection Center Drive**<br>**Chicago, IL 60693-0625** | 653 Stacey Drive, New Lenox, Illinois 60451 and 23915 Sunset Lakes Court, Manhattan, Illinois | **Disputed** | **658,326.97**<br><br>**(263,833.74 secured)** |
| **CHRISMAN BUILDERS, INC.**<br>**27111 Wildwood Drive**<br>**Monee, IL 60449** | **CHRISMAN BUILDERS, INC.**<br>**27111 Wildwood Drive**<br>**Monee, IL 60449** | | | **5,809.31** |
| Craig Millwork, Inc.<br>10410 W. 163rd Place<br>Orland Park, IL 60467 | Craig Millwork, Inc.<br>10410 W. 163rd Place<br>Orland Park, IL 60467 | | | 22,565.10 |
| **G & M MASONRY**<br>**21634 South 116th Avenue**<br>**New Lenox, IL 60451** | **G & M MASONRY**<br>**21634 South 116th Avenue**<br>**New Lenox, IL 60451** | | | **127,868.83** |
| Image Innovations, Inc.<br>P. O. Box 2203<br>Chesterton, IL 46304 | Image Innovations, Inc.<br>P. O. Box 2203<br>Chesterton, IL 46304 | | | 2,587.88 |
| James F. Dunneback, P.C. Attorneys at Law<br>9501 W. 144th Place, Suite 200<br>Orland Park, IL 60462 | James F. Dunneback, P.C. Attorneys at Law<br>9501 W. 144th Place, Suite 200<br>Orland Park, IL 60462 | | | 3,144.46 |
| James J. Roche & Associates<br>642 North Dearborn Street<br>Chicago, IL 60610 | James J. Roche & Associates<br>642 North Dearborn Street<br>Chicago, IL 60610 | | | 38,995.35 |
| **JOE'S DECORATING, INC.**<br>**One Aspen Court**<br>**Lemont, IL 60439** | **JOE'S DECORATING, INC.**<br>**One Aspen Court**<br>**Lemont, IL 60439** | | | **16,797.34** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Hearthside Homebuilders, Inc.**        Case No. _____

               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Katharine M Nolan<br>c/o Ernest T. Rossiello<br>134 North LaSalle, Ste. 1740<br>Chicago, IL 60602 | Katharine M Nolan<br>c/o Ernest T. Rossiello<br>134 North LaSalle, Ste. 1740<br>Chicago, IL 60602 | Judgment | Disputed | 250,000.00 |
| Linden Group<br>10100 Orland Parkway<br>Suite 110<br>Orland Park, IL 60467 | Linden Group<br>10100 Orland Parkway<br>Suite 110<br>Orland Park, IL 60467 | | | 5,149.99 |
| M&M AFFORDABLE PLUMBING, INC.<br>1813 Moen Avenue<br>Rockdale, IL 60436 | M&M AFFORDABLE PLUMBING, INC.<br>1813 Moen Avenue<br>Rockdale, IL 60436 | | | 27,627.88 |
| MANNION HOMEBUILDERS INC.<br>20033 Lakeview Way<br>Mokena, IL 60448 | MANNION HOMEBUILDERS INC.<br>20033 Lakeview Way<br>Mokena, IL 60448 | | | 23,999.30 |
| Mariann Kunes<br>15824 w 143rd<br>Homer Glen, IL 60491 | Mariann Kunes<br>15824 w 143rd<br>Homer Glen, IL 60491 | Rent | | 40,000.00 |
| SLAGER CONCRETE, INC.<br>25660 S. LaGrange Road<br>Monee, IL 60449 | SLAGER CONCRETE, INC.<br>25660 S. LaGrange Road<br>Monee, IL 60449 | | | 52,204.81 |
| Terry Kunes<br>363 North Harlem<br>Peotone, IL 60468 | Terry Kunes<br>363 North Harlem<br>Peotone, IL 60468 | Money Loaned | | 2,340,374.00 |
| The Private Bank<br>70 West Madison<br>Chicago, IL 60602 | The Private Bank<br>70 West Madison<br>Chicago, IL 60602 | Unsecured | | 1,468,438.00 |
| TIMM ELECTRIC, INC.<br>17832 Mills Road<br>Joliet, IL 60433 | TIMM ELECTRIC, INC.<br>17832 Mills Road<br>Joliet, IL 60433 | | | 36,506.22 |
| Water Chase Homeowner's Assn.<br>c/o O'Malley Builders, Inc.<br>P O Box 1717<br>Frankfort, IL 60451 | Water Chase Homeowner's Assn.<br>c/o O'Malley Builders, Inc.<br>P O Box 1717<br>Frankfort, IL 60451 | | | 15,500.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Hearthside Homebuilders, Inc.**                                    Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 1, 2013**                          Signature  **/s/ Terry Kunes**
                                                                                  **Terry Kunes**
                                                                                  **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6D (Official Form 6D) (12/07)

In re **Hearthside Homebuilders, Inc.**, Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Bayview Loan Servicing, LLC**<br>**62518 Collection Center Drive**<br>**Chicago, IL 60693-0625** | | - | **First Mortgage**<br>**653 Stacey Drive, New Lenox, Illinois 60451 and 23915 Sunset Lakes Court, Manhattan, Illinois**<br>Value $ 263,833.74 | | | X | 658,326.97 | 394,493.23 |
| Account No.<br>**First Midwest Bank**<br>**16700 80th Ave.**<br>**Tinley Park, IL 60477** | | - | **Notice only**<br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br>**Horizon Meadows Homeowners Assoc.**<br>**c/0 Willaim Sanchez**<br>**2642 Meadow Path**<br>**New Lenox, IL 60451** | | - | **Notice only**<br>Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No.<br>**Village of New Lenox**<br>**1 Veterans Parkway**<br>**New Lenox, IL 60451** | | - | **Notice only**<br>Value $ 0.00 | | | | 0.00 | 0.00 |
| **0** continuation sheets attached | | | Subtotal (Total of this page) | | | | 658,326.97 | 394,493.23 |
| | | | Total (Report on Summary of Schedules) | | | | 658,326.97 | 394,493.23 |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                         Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Hearthside Homebuilders, Inc.**   ,    Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                                  **0**     continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Hearthside Homebuilders, Inc.** , Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AC DRYWALL & TAPING**<br>**150 Youngs Avenue**<br>**Joliet, IL 60432** | | - | | | | | 24,960.00 |
| Account No.<br><br>**BAILEYS CARPET ONE**<br>**692 Theodore Street**<br>**Joliet, IL 60435** | | - | | | | | 46,672.95 |
| Account No.<br><br>**CALDERONE ENTERPRISES, INC.**<br>**15631 Van Drunen Road**<br>**South Holland, IL 60473** | | - | | | | | 915.00 |
| Account No.<br><br>**CHRISMAN BUILDERS, INC.**<br>**27111 Wildwood Drive**<br>**Monee, IL 60449** | | - | | | | | 5,809.31 |

__6__ continuation sheets attached

Subtotal (Total of this page)  78,357.26

B6F (Official Form 6F) (12/07) - Cont.

In re **Hearthside Homebuilders, Inc.**, Case No. _____
                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Craig Millwork, Inc.**<br>**10410 W. 163rd Place**<br>**Orland Park, IL 60467** | - | | | | | | 22,565.10 |
| Account No.<br>**CUSTOM CLOSET, INC.**<br>**4032 Belleaire Lane**<br>**Downers Grove, IL 60515** | - | | | | | | 425.00 |
| Account No.<br>**David Moe Jr.**<br>**12535 W. Offner Road**<br>**Manhattan, IL 60442** | - | | | | | | 200.00 |
| Account No.<br>**E-Z SIGN COMPANY**<br>**15347 S. Cicero**<br>**Oak Forest, IL 60452** | - | | | | | | 632.02 |
| Account No.<br>**G & M MASONRY**<br>**21634 South 116th Avenue**<br>**New Lenox, IL 60451** | - | | | | | | 127,868.83 |

Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   151,690.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Hearthside Homebuilders, Inc.**             ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **HAMSTRA ENTERPRISES** <br> **22823 s Mustang Road** <br> **Frankfort, IL 60423** | - | | | | | | 2,289.00 |
| Account No. <br> **Image Innovations, Inc.** <br> **P. O. Box 2203** <br> **Chesterton, IL 46304** | - | | | | | | 2,587.88 |
| Account No. <br> **James F. Dunneback, P.C.** <br> **Attorneys at Law** <br> **9501 W. 144th Place, Suite 200** <br> **Orland Park, IL 60462** | - | | | | | | 3,144.46 |
| Account No. <br> **James J. Roche & Associates** <br> **642 North Dearborn Street** <br> **Chicago, IL 60610** | - | | | | | | 38,995.35 |
| Account No. <br> **JOE'S DECORATING, INC.** <br> **One Aspen Court** <br> **Lemont, IL 60439** | - | | | | | | 16,797.34 |

Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **63,814.03**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hearthside Homebuilders, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10 L 9825**<br><br>**Katharine M Nolan**<br>**c/oErnest T. Rossiello**<br>**134 North LaSalle, Ste. 1740**<br>**Chicago, IL 60602** | | - | **Judgment** | | | X | 250,000.00 |
| Account No.<br><br>**Linden Group**<br>**10100 Orland Parkway**<br>**Suite 110**<br>**Orland Park, IL 60467** | | - | | | | | 5,149.99 |
| Account No.<br><br>**M&M AFFORDABLE PLUMBING, INC.**<br>**1813 Moen Avenue**<br>**Rockdale, IL 60436** | | - | | | | | 27,627.88 |
| Account No.<br><br>**MANNION HOMEBUILDERS INC.**<br>**20033 Lakeview Way**<br>**Mokena, IL 60448** | | - | | | | | 23,999.30 |
| Account No.<br><br>**Mariann Kunes**<br>**15824 w 143rd**<br>**Homer Glen, IL 60491** | | - | **Various**<br>**Rent** | | | | 40,000.00 |

Sheet no. __3__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **346,777.17**

B6F (Official Form 6F) (12/07) - Cont.

In re **Hearthside Homebuilders, Inc.**, Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **10L009825**  **Michael Nolan**  **C/O Ernest T. Rossiello**  **134 North LaSalle Ste. 1740**  **Chicago, IL 60602** | | - | **Notice Only** | | | X | 0.00 |
| Account No.  **Pinnacle Advertising**  **1435 N. Plum Grove Road**  **Suite C**  **Schaumburg, IL 60173** | | - | | | | | 1,659.50 |
| Account No.  **Ruettiger, Tonelli & Associates, Inc.**  **2174 Oneida Street**  **Joliet, IL 60435** | | - | | | | | 525.00 |
| Account No.  **S&S MECHANICAL SERVICES, INC.**  **22014 Howell Drive**  **Unit #1**  **New Lenox, IL 60451** | | - | | | | | 0.00 |
| Account No.  **SLAGER CONCRETE, INC.**  **25660 S. LaGrange Road**  **Monee, IL 60449** | | - | | | | | 52,204.81 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   54,389.31

B6F (Official Form 6F) (12/07) - Cont.

In re **Hearthside Homebuilders, Inc.**, Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Terry Kunes**<br>**363 North Harlem**<br>**Peotone, IL 60468** | | - | **Various**<br>**Money Loaned** | | | | 2,340,374.00 |
| Account No.<br>**The Private Bank**<br>**70 West Madison**<br>**Chicago, IL 60602** | | - | **Unsecured** | | | | 1,468,438.00 |
| Account No.<br>**TIMM ELECTRIC, INC.**<br>**17832 Mills Road**<br>**Joliet, IL 60433** | | - | | | | | 36,506.22 |
| Account No.<br>**Village of Manhattan**<br>**P O Box 31**<br>**Manhattan, IL 60442** | | - | | | | | 0.00 |
| Account No.<br>**Village of New Lenox**<br>**1 Veterans Parkway**<br>**New Lenox, IL 60451** | | - | | | | | 0.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 3,845,318.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Hearthside Homebuilders, Inc.**, Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WARREN EXCAVATING**<br>**1707 E. Laraway Road**<br>**Joliet, IL 60433** | - | | | | | | 2,100.00 |
| Account No.<br><br>**Water Chase Homeowner's Assn.**<br>**c/o O'Malley Builders, Inc.**<br>**P O Box 1717**<br>**Frankfort, IL 60451** | - | | | | | | 15,500.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __6__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **17,600.00**

Total (Report on Summary of Schedules) **4,557,946.94**

```
AC DRYWALL & TAPING
150 Youngs Avenue
Joliet, IL 60432


BAILEYS CARPET ONE
692 Theodore Street
Joliet, IL 60435


Bayview Loan Servicing, LLC
62518 Collection Center Drive
Chicago, IL 60693-0625


CALDERONE ENTERPRISES, INC.
15631 Van Drunen Road
South Holland, IL 60473


CHRISMAN BUILDERS, INC.
27111 Wildwood Drive
Monee, IL 60449


Craig Millwork, Inc.
10410 W. 163rd Place
Orland Park, IL 60467


CUSTOM CLOSET, INC.
4032 Belleaire Lane
Downers Grove, IL 60515


David Moe Jr.
12535 W. Offner Road
Manhattan, IL 60442


E-Z SIGN COMPANY
15347 S. Cicero
Oak Forest, IL 60452


Erica Byrd
180 North Stetson
Suite 1300
Chicago, IL 60601


First Midwest Bank
16700 80th Ave.
Tinley Park, IL 60477
```

```
G & M MASONRY
21634 South 116th Avenue
New Lenox, IL 60451


HAMSTRA ENTERPRISES
22823 s Mustang Road
Frankfort, IL 60423


Horizon Meadows Homeowners Assoc.
c/0 Willaim Sanchez
2642 Meadow Path
New Lenox, IL 60451


Image Innovations, Inc.
P. O. Box 2203
Chesterton, IL 46304


James F. Dunneback, P.C.
Attorneys at Law
9501 W. 144th Place, Suite 200
Orland Park, IL 60462


James J. Roche & Associates
642 North Dearborn Street
Chicago, IL 60610


JOE'S DECORATING, INC.
One Aspen Court
Lemont, IL 60439


Katharine M Nolan
c/oErnest T. Rossiello
134 North LaSalle, Ste. 1740
Chicago, IL 60602


Linden Group
10100 Orland Parkway
Suite 110
Orland Park, IL 60467


M&M AFFORDABLE PLUMBING, INC.
1813 Moen Avenue
Rockdale, IL 60436
```

```
MANNION HOMEBUILDERS INC.
20033 Lakeview Way
Mokena, IL 60448


Mariann Kunes
15824 w 143rd
Homer Glen, IL 60491


Michael Nolan
C/O Ernest T. Rossiello
134 North LaSalle Ste. 1740
Chicago, IL 60602


Pinnacle Advertising
1435 N. Plum Grove Road
Suite C
Schaumburg, IL 60173


Ruettiger, Tonelli & Associates, Inc.
2174 Oneida Street
Joliet, IL 60435


S&S MECHANICAL SERVICES, INC.
22014 Howell Drive
Unit #1
New Lenox, IL 60451


SLAGER CONCRETE, INC.
25660 S. LaGrange Road
Monee, IL 60449


Terry Kunes
363 North Harlem
Peotone, IL 60468


The Private Bank
70 West Madison
Chicago, IL 60602


TIMM ELECTRIC, INC.
17832 Mills Road
Joliet, IL 60433
```

```
Village of Manhattan
P O Box 31
Manhattan, IL 60442


Village of New Lenox
1 Veterans Parkway
New Lenox, IL 60451


WARREN EXCAVATING
1707 E. Laraway Road
Joliet, IL 60433


Water Chase Homeowner's Assn.
c/o O'Malley Builders, Inc.
P O Box 1717
Frankfort, IL 60451
```

# United States Bankruptcy Court
## Northern District of Illinois

In re **Hearthside Homebuilders, Inc.**　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Hearthside Homebuilders, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 1, 2013**　　　　　　　　　　　　　　　　**/s/ Thomas W. Toolis**
Date　　　　　　　　　　　　　　　　　　　　　　**Thomas W. Toolis 6270743**
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Attorney or Litigant
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for **Hearthside Homebuilders, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　　**Jahnke, Sullivan & Toolis, LLC**
　　　　　　　　　　　　　　　　　　　　　　　　**10075 West Lincoln Highway**
　　　　　　　　　　　　　　　　　　　　　　　　**Frankfort, IL 60423**
　　　　　　　　　　　　　　　　　　　　　　　　**708-349-9333 Fax:708-349-8333**
　　　　　　　　　　　　　　　　　　　　　　　　**twt@jtlawllc.com**